IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE ESTATE OF DANIEL EDWARD SHANNON, III, DECEASED, BY AND THROUGH BARBARA SALISBURY ADMINISTRATOR of the Estate OF DANIEL EDWARD SHANNON,III <br><br> VS. <br><br> HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC., & GILLMAN HONDA n/k/n GILLMAN, LTD | § § § § § § § § § § § § CIVIL ACTION No. B-04 088 |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **THE ESTATE OF DANIEL EDWARD SHANNON, III, ET AL** hereinafter referred to as Plaintiffs, and pursuant to the Joint Discovery Case Management Plan under Rule 26(f) Federal Rules of Civil Procedure, would respectfully show the Court the following:

**I.**

Plaintiffs' **THE ESTATE OF DANIEL EDWARD SHANNON, III, ET AL** herewith submits that the following persons and/or entities are financially interested in the outcome of this litigation:

A. Estate of Daniel Edward Shannon, III

B. Barbara Salisbury

C. Mr. Daniel Shannon
3198 W. 162nd St.
Cleveland, Ohio 44111
(216) 476-1929

D. Vivian Ann Berlanga
3251 Emerald Valley Blvd.
Brownsville, Texas 78526
(956) 233-5031

D.  Celestino Arellan Hernandez
    3251 Emerald Valley Blvd.
    Brownsville, Texas 78526
    (956) 233-5031

D.  American Honda Motor, Co., Inc.

E.  Gillman Honda n/k/n Gillman, Inc.

F.  Honda Motor Company, Ltd.

RESPECTFULLY SUBMITTED,

**THOMAS G. SHARPE, JR.**
107 E. Price Rd.
Brownsville, Texas 78520
Telephone: (956) 546-3783

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78520
Telephone:   (956) 546-5556
Telecopier:   (956) 546-0470

By: _____
R.W. Armstrong
TBA # 01323500

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES was on this the __10__ day of June, 2004 sent by U. S. Certified Mail, Return Receipt Requested, to all Counsel for Defendants, to wit:

Jeff Hawkins
Prichard, Hawkins & Young, L.L.P.
Union Square, Ste. 600
10101 Reunion Place
San Antonio, Texas 78216

Chris C. Pappas
Dunn, Kacal, Adams, Pappas & Law
One Riverway, Ste. 1200
Houston, Texas 77056

_____
R. W. Armstrong