IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE ESTATE OF DANIEL EDWARD SHANNON, III, DECEASED, BY AND THROUGH BARBARA SALISBURY ADMINISTRATOR of the Estate OF DANIEL EDWARD SHANNON,III <br><br> VS. <br><br> HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC., & GILLMAN HONDA n/k/n GILLMAN, LTD | § § § § § § § § § § § § CIVIL ACTION No. B-04 088 |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL AS TO GILLMAN HONDA ONLY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **THE ESTATE OF DANIEL EDWARD SHANNON, III, ET AL** hereinafter referred to as Plaintiffs, and files this their Motion for Voluntary Dismissal as to Defendant **GILLMAN HONDA N/K/N GILLMAN, LTD.,** and would respectfully show the Court the following by their attorneys, jointly present this motion requesting that this case be dismissed without prejudice.

I.

Plaintiff **THE ESTATE OF DANIEL EDWARD SHANNON, III, ET AL,** sued Defendant **GILLMAN HONDA N/K/N GILLMAN, LTD.,** on May 6, 2004.

II.

Plaintiff moves this court to dismiss the suit against Defendant **GILLMAN HONDA N/K/N GILLMAN, LTD** as plaintiffs no longer wish to pursue a claim against this Defendant **GILLMAN HONDA N/K/N GILLMAN, LTD.**

## III.

Defendant, **GILLMAN HONDA N/K/N GILLMAN, LTD.**, has answered.

WHEREFORE, the parties request that the Court dismiss this case against Defendant **GILLMAN HONDA N/K/N GILLMAN, LTD**, only without prejudice.

DATED: June 10, 2004

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78520
Telephone:   (956) 546-5556
Telecopier:   (956) 546-0470

By: _____
R.W. Armstrong
TBA # 01323500
Southern District of Texas Bar.
No. 2237

## CERTIFICATE OF CONFERENCE

I certify that I, R.W. Armstrong, attempted to confer with opposing counsel Chris Pappas with Dunn, Kacal, Adams, Pappas & Law, on the _10th_ day of June, 2004, and I was unable to communicate with him.

_____
R. W. Armstrong

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the **Plaintiff's Motion for Voluntary Dismissal** was on this the ____ day of June, 2004 sent by U. S. Certified Mail, Return Receipt Requested, and fax to Counsel for Defendant, to wit:

David M. Prichard
Jeff Hawkins
Prichard, Hawkins & Young, L.L.P.
Union Square, Ste. 600
10101 Reunion Place
San Antonio, Texas 78216

Chris C. Pappas
Dunn, Kacal, Adams, Pappas & Law
One Riverway, Ste. 1200
Houston, Texas 77056

_____
R. W. Armstrong