IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE ESTATE OF DANIEL EDWARD SHANNON, III, DECEASED, BY AND THROUGH BARBARA SALISBURY, ADMINISTRATOR OF THE ESTATE OF DANIEL EDWARD SHANNON, III, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-088 |
| HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC. & GILLMAN HONDA n/k/n GILLMAN, LTD., | § § § § § | |
| Defendants. | § | |

### CERTIFICATE RELATIVE TO DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES defendant, American Honda Motor Co., Inc., in the above-entitled and numbered cause, and pursuant to the Court's Order Setting Conference, files this Certificate Relative to Disclosure of Interested Parties stating that American Honda Motor Co., Inc. is a wholly-owned subsidiary of Honda Motor Co., Ltd., a Japanese corporation. Honda Motor Co., Ltd. has no parent corporation. Honda Motor Co., Ltd. is a publicly-traded company.

American Honda Motor Co., Inc. is unaware of any additional persons, firms, partnerships, corporations, affiliates, parent corporations or other entities, aside from the parties and/or their counsel in this litigation, that may be financially interested in the outcome of this litigation.

Respectfully submitted,

Jeffrey S. Hawkins (Attorney in Charge)
State Bar No. 09249100
Southern District of Texas Bar No. 8962
Direct Dial No. (210) 477-7402

David M. Prichard (Of Counsel)
State Bar No. 16317900
Southern District of Texas Bar No. 0616
Direct Dial No. (210) 477-7401

PRICHARD, HAWKINS & YOUNG, L.L.P.
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 477-7400
Telefax: (210) 477-7450

ATTORNEYS FOR DEFENDANT,
AMERICAN HONDA MOTOR CO., INC.

## CERTIFICATE OF SERVICE

This to certify that a true and correct copy of the foregoing has been forwarded this ____ day of **June, 2004**, via *certified mail, return receipt requested,* to the following:

Mr. R.W. Armstrong
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Jeffrey S. Hawkins