# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District
Southern District
F

AUG 2 3 2004

Michael
Clerk

| | | |
|---|---|---|
| ESTATE OF DANIEL | § § | |
| VS. | § | CIVIL ACTION NO. B-04-088 |
| | § | |
| HONDA MOTOR CO. | § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING: **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | THIRD FLOOR COURTROOM, #6 |
| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
| August 27, 2004 @ 9:30 a.m. | September 10, 2004 @ 10:30 a.m. |

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: August 20, 2004

TO: ALL COUNSEL OF RECORD