# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE ESTATE OF DANIEL EDWARD SHANNON, III, DECEASED, BY AND THROUGH BARBARA SALISBURY ADMINISTRATOR of the Estate OF DANIEL EDWARD SHANNON,III | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-088 |
| HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC., & GILLMAN HONDA n/k/n GILLMAN, LTD | § § § § | |

United States District Court
Southern District of Texas
FILED

SEP 01 2004

Michael N. Milby
Clerk of Court

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **The Estate of Daniel Edward Shannon, III, Deceased by and through Barbara Salisbury as Administrator & Daniel Edward Shannon, Jr. Plaintiff** and **American Honda Motor Company, Inc.** Defendant and files this **NOTICE OF SETTLEMENT** and would show the Court the following:

1. The parties hereby notify the Court that an agreement to resolve all issues has been entered into; that the settlement documents are being prepared and will be exchanged on or before September 30, 2004.

2. The parties request that all pending matters concerning this suit be abated until after September 30, 2004.

RESPECTFULLY SUBMITTED,

R.W. Armstrong & Associates P.C.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Telecopier: (956) 546-0470

_____
Hon. R. W. Armstrong
Federal Bar No. 2237

---

*9.1.2004. Shannon, Daniel: Notice Of Settlement (02-541. tv)*

- 1 -

                        **Prichard, Hawkins & Young L.L.P.**
                        10101 Reunion Place, Suite 600
                        San Antonio, Texas 78216
                        Telephone: (210) 477-7400
                        Telecopier: (210) 477-7450

*[handwritten: David M. Prichard by agreement RWA]*

                        Hon. David M. Prichard
                        Federal Bar No. 0616

## CERTIFICATE OF SERVICE

I, R.W. Armstrong hereby certify that on the 1st day of September, 2004, via facsimile (original to follow in US mail) all parties were provided notice of this document.

                                                           *[signature]*
                                                           R.W. Armstrong