UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE ESTATE OF DANIEL EDWARD SHANNON, III, DECEASED, BY AND THROUGH BARBARA SALISBURY, ADMINISTRATOR OF THE ESTATE OF DANIEL EDWARD SHANNON, III <br><br> v. <br><br> HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC. and GILLMAN HONDA n/k/n GILLMAN, LTD. | United States District Court<br>Southern District of Texas<br>FILED<br><br>SEP 1 0 2004<br><br>Michael N. Milby<br>Clerk of Court<br><br>CIVIL ACTION NO. B-04-088 |

## JOINT MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now come plaintiffs, The Estate of Daniel Edward Shannon, III, Deceased, by and through Barbara Salisbury as Administrator of the Estate of Daniel Edward Shannon, III and Daniel Edward Shannon, Jr. and defendant, American Honda Motor Co., Inc. and file this Joint Motion to Dismiss and would respectfully show unto the Court as follows:

I.

Plaintiffs, The Estate of Daniel Edward Shannon, III, Deceased, by and through Barbara Salisbury as Administrator of the Estate of Daniel Edward Shannon, III and Daniel Edward Shannon, Jr., having settled, no longer wish to prosecute their causes of action against American Honda Motor Co., Inc., and for that reason the parties ask that the plaintiffs' claims, actions and causes of action asserted against American Honda Motor Co., Inc., in the above-styled and numbered cause be dismissed with prejudice to the re-filing of same in any form whatsoever, with costs to be taxed against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, plaintiffs, The Estate of Daniel Edward Shannon, III, Deceased, by and through Barbara Salisbury as Administrator of the Estate of Daniel Edward Shannon, III and Daniel Edward Shannon, Jr. and defendant, American Honda Motor Co., Inc., pray that this Honorable Court enter an order dismissing plaintiffs' causes of action against defendant, American Honda Motor Co., Inc., and that costs are to be taxed against the party incurring the same.

Respectfully submitted,

_____
R.W. Armstrong
State Bar No. 01323500

R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Telefax: (956) 546-0470
*ATTORNEYS FOR PLAINTIFFS*

_____
David M. Prichard
State Bar No. 16317900          w/ Permission
Direct Line: (210) 477-7401     Michael C. [illegible]

PRICHARD, HAWKINS & YOUNG, L.L.P.
Union Square, Suite 600
10101 Reunion Place Boulevard
San Antonio, Texas 78216
(210) 477-7400 - Telephone
(210) 477-7450 - Telefax
*ATTORNEYS FOR DEFENDANT,
AMERICAN HONDA MOTOR CO., INC.*