UNITED STATES DISTRICT COURT    ☆    SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE ESTATE OF DANIEL EDWARD SHANNON, III, DECEASED, BY AND THROUGH BARBARA SALISBURY, ADMINISTRATOR OF THE ESTATE OF DANIEL EDWARD SHANNON, III <br><br> v. <br><br> HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC. and GILLMAN HONDA n/k/n GILLMAN, LTD. | § § § § § § § § § § § |

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

CIVIL ACTION NO. B-04-088

United States District Court
Southern District of Texas
RECEIVED

SEP 1 0 2004

Michael N. Milby, Clerk of Court

## ORDER OF DISMISSAL

On the _10th_ day of _Sept_, 2004, came on to be heard the Joint Motion to Dismiss of

plaintiffs, The Estate of Daniel Edward Shannon, III, Deceased, by and through Barbara Salisbury as

Administrator of the Estate of Daniel Edward Shannon and Daniel Edward Shannon, Jr. and

defendant, American Honda Motor Co., Inc.. The parties, appearing by and through their attorneys

of record, announced that plaintiffs, having settled, no longer wish to prosecute their causes of

action asserted against defendant, American Honda Motor Co., Inc., and request the Court to

dismiss, with prejudice, all claims, actions, and causes of action pending in this case in their

entirety against defendant, American Honda Motor Co, Inc. The Court, having considered said

motion, is of the opinion and finds that such motion should be, in all things, GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that all claims, actions

and causes of action asserted herein by plaintiffs, The Estate of Daniel Edward Shannon, III,

Deceased, by and through Barbara Salisbury as Administrator of the Estate of Daniel Edward

Shannon, III and Daniel Edward Shannon, Jr., against defendant, American Honda Motor Co., Inc.

be dismissed, with prejudice to the re-filing of same in any form whatsoever.  All costs of court are

to be paid by the party incurring same.

SIGNED and ENTERED this _10th_ day of _____, 2004.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND SUBSTANCE:**

_____
R.W. Armstrong
State Bar No. 01323500

R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Telefax: (956) 546-0470
*ATTORNEYS FOR PLAINTIFFS*

_____
David M. Prichard
State Bar No. 16317900
Direct Line:  (210) 477-7401

PRICHARD, HAWKINS & YOUNG, L.L.P.
Union Square, Suite 600
10101 Reunion Place Boulevard
San Antonio, Texas 78216
(210) 477-7400 - Telephone
(210) 477-7450 - Telefax
*ATTORNEYS FOR DEFENDANT,*
*AMERICAN HONDA MOTOR CO., INC.*

#87962 v1 - SHANNON D ORDER OF DISMISSAL

2