IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _DCHunrde_

| | | |
|---|---|---|
| THE ESTATE OF DANIEL EDWARD | § | |
| SHANNON III, DECEASED, BY AND | § | |
| THROUGH BARBARA SALISBURY, | § | |
| ADMINISTRATOR OF THE ESTATE OF | § | |
| DANIEL EDWARD SHANNON III | § | CIVIL ACTION NO. B-04-088 |
| | § | |
| VS. | § | |
| | § | |
| HONDA MOTOR COMPANY, LTD., | § | |
| AMERICAN HONDA MOTOR CO., INC., and | § | |
| GILLMAN HONDA n/k/a GILLMAN, LTD. | § | |

## ORDER

On September 10, 2004, the Court considered the Joint Motion to Dismiss filed

by the parties.   At that time, the Court granted the Joint Motion to Dismiss.   Plaintiffs'

counsel also represented to the Court that Defendant Honda Motor Company, Ltd. was

not served in this case and plaintiff therefore wished to dismiss Defendant Honda Motor

Company, Ltd.   Plaintiffs' counsel also represented that plaintiffs' claims against

Defendant Gillman Honda n/k/a Gillman, Ltd. have been resolved, and plaintiffs

therefore wished to dismiss all claims against Defendant Gillman Honda n/k/a Gillman,

Ltd. Based upon the foregoing, it is therefore

ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against

Defendant Honda Motor Company, Ltd. are hereby DISMISSED WITH PREJUDICE.   It

is further ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against

Defendant Gillman Honda n/k/a/ Gillman, Ltd. are also DISMISSED WITH

PREJUDICE.

Signed this 14th day of September, 2004.

The Honorable Andrew S. Hanen
United States District Judge